

◀ Facebook

 **David Elwood -Michigan COMMERCIAL Real Estate & BUSINESS Broker** to **Florida Commercial Group**      • • •

Just now · 

State of Florida Cultivation and 35 Dispensary licenses for sale. No real estate (other than small farm and 5,000 sf bldg.  If you understand this business and these rules in Florida you you understand the value.

$60Million ask price.  No seller financing.

Contact me direct for more information.

This will not last on market long as I have a few serious inquiries already.

Please ONLY contact me if you have an ACTIVE BUYER interested.  Thank you

248-568-5958

JDavid Elwood@Gmail.com

 Like             Comment

 Write a comment...         

